**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Puerto Rico**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | E.R.G. Incorporado |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | DBA Motel Salinas |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 6 6 – 0 4 8 2 1 7 9 |

4. **Debtor's address**

**Principal place of business**

Carr 3    KM 153.4 Aguirre Ward
Number   Street

_____

Salinas    PR    00751
City    State    ZIP Code

Salinas
County

**Mailing address, if different from principal place of business**

PO Box 547
Number   Street

_____
P.O. Box

Aguirre    PR    00704
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____
City    State    ZIP Code

5. **Debtor's website** (URL) _____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor __E.R.G. Incoporado_____ Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>7 2 1 1 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                  MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                                  MM / DD / YYYY |

Debtor  __E.R.G. Incoporado_____  Case number (*if known*)_____
　　　　　Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ■ No<br>❏ Yes.　Debtor _____　Relationship _____<br>　　　　　District _____　When　_____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　Case number, if known　_____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>　**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>　❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　What is the hazard? _____<br><br>　❏ It needs to be physically secured or protected from the weather.<br><br>　❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>　❏ Other _____<br><br>　**Where is the property?**_____<br>　　　　　　　　　　　　　Number　　　Street<br>　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　_____　_____　_____<br>　　　　　　　　　　　　　City　　　　　　　　　　　　　　　　　　State　ZIP Code<br><br>　**Is the property insured?**<br>　❏ No<br>　❏ Yes.　Insurance agency　_____<br>　　　　　　Contact name　　_____<br>　　　　　　Phone　　　　　_____ |

| | Statistical and administrative information | |
|---|---|---|

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49　　　　　❏ 1,000-5,000　　　❏ 25,001-50,000<br>❏ 50-99　　　　❏ 5,001-10,000　　❏ 50,001-100,000<br>❏ 100-199　　　❏ 10,001-25,000　　❏ More than 100,000<br>❏ 200-999 |

Official Form 201　　　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　　　page **3**

Debtor  E.R.G. Incoporado  
Name

Case number (if known)

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ■ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ■ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05  03  2022  
MM / DD / YYYY

X /s/ Modesto Rivera Guzman  
Signature of authorized representative of debtor

Modesto Rivera Guzman  
Printed name

Title  President

**18. Signature of attorney**

X /s/ Alexis Betancourt  
Signature of attorney for debtor

Date  05  03  2022  
MM / DD / YYYY

Alexis A. Betancourt Vincenty  
Printed name

Lugo Mender Group, LLC.  
Firm name

100 Carr. 165 Suite 501  
Number   Street

Guaynabo   PR   00968-8052  
City    State  ZIP Code

(787) 707-0404  
Contact phone

a_betancourt@lugomender.com  
Email address

301304 PR  
Bar number   State

# E.R.G. Inc.

## CORPORATE RESOLUTION

**E.R.G. Inc.**, a corporation constituted per the laws and within the Commonwealth of Puerto Rico, by this certify:

At the meeting celebrated on May 3, 2022, the Board of Directors of E.R.G. Inc. agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

That we have been informed and counseled as of the meaning of Chapter 11 of the Bankruptcy Code.

At the meeting celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved by officers and stockholders.

That it was also agreed that the services of Attorney Wigberto Lugo-Mender and Alexis Betancourt-Vincenty of Lugo Mender Group LLC would be retained for such purposes.

That for the best interest of the company we authorize to file a petition for relief under Chapter 11 of the Bankruptcy Code at the Bankruptcy Court for the District of Puerto Rico. Also, we authorize Mr. Modesto Rivera-Guzmán, Esq., President of the Corporation execute such petition and to represent the corporation at this bankruptcy proceeding, including the authority to contract services required or to be performed in this matter.

I sign this Resolution today the 3rd day of May 2022.

_____
Secretary

(Corporate Seal)

**Fill in this information to identify the case:**

Debtor name: E.R.G. Incorporado

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2022      x /s/ Modesto Rivera Guzman
                              Signature of individual signing on behalf of debtor

                              Modesto Rivera Guzman
                              Printed name

                              President
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: E.R.G. Incorporado
United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adalberto Torres Santiago<br>PO Box 518<br>Las Piedras, PR 00771 | | Vacations | | | | $204.00 |
| Aida Lugo<br>PO Box 518<br>Las Piedras, PR 00771 | | Vacations | | | | $204.00 |
| Airan L Rodriguez Laboy<br>PO Box 518<br>Las Piedras, PR 00771 | | Vacations | | | | $204.00 |
| CRIM<br>PO Box 195387<br>San Juan, PR 00936-5387 | www.crimpr.net | Land of 3.206 cdas located at Aguirre Ward, Salinas, PR with real properties used as "Motel" (Land #2008) | | $331,697.54 | $897,698.00 | $156,260.81 |
| Eveliz Cora Feliciano<br>Urb Ciudad Universitaria Calle 1 EE 3<br>Guayama, PR 00784 | | Vacations | | | | $102.00 |
| Heidy Torres Diaz<br>Comundiad San Martin Calle K# 96<br>Arroyo, PR 00714 | | Vacations | | | | $68.00 |
| Katy Suarez Hernandez<br>HC-01 4853 Las Mareas<br>Salinas, PR 00751 | | Vacations | | | | $408.00 |

Debtor **E.R.G. Incorporado**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Nelson Cruz Rodriguez<br>Urb Las Margaritas A-2<br>Salinas, PR 00751 | | Vacations | | | | $408.00 |
| OSP Consortium LLC<br>PO Box 190085<br>San Juan, PR 00919 | | Land of 3.206 cdas located at Aguirre Ward, Salinas, PR with real properties used as "Motel" (Land #2008) | | $1,893,833.00 | $897,698.00 | $722,261.27 |
| PR Deparment of Labor<br>PO Box 21361<br>San Juan, PR 00928-1361 | | Unemployment $3,752.04<br>Disablity $567.27 | | | | $4,319.31 |
| PR Department of Treasury<br>Bankruptcy Section 424<br>PO Box 9024140<br>San Juan, PR 00902-4140 | | Salary Witheld Q4 2012; Q1 2013; Q3 2019; Q2 2021; Q2 2014 & 2017 & Q1 2018 | | | | $12,746.87 |
| State Insurance Fund Corp.<br>PO Box 365028<br>San Juan, PR 00936-5028 | | Workmens Insurance | | | | $6,083.76 |
| Zedthmara Gonzalez Gonzalez<br>Barrio Las Marias Calle 2 AL Final<br>Salinas, PR 00751 | | Vacations | | | | $170.00 |

# United States Bankruptcy Court
## District of Puerto Rico

In re: E.R.G. Incorporado
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Aida L Lugo Diaz<br>PO Box 547<br>Aguirre, PR 00704 | Common | 50% | Shareholder |
| Modesto Rivera Guzman<br>PO Box 547<br>Aguirre, PR 00704 | Common | 50% | Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 3, 2022

Signature: *[signed]* Modesto Rivera Guzman

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Puerto Rico**

In re  E.R.G. Incorporado
Debtor(s)

Case No. _____
Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  May 3, 2022

_/s/ Modesto Rivera Guzman_
Modesto Rivera Guzman/President
Signer/Title

| | | |
|---|---|---|
| E.R.G. INCORPORADO<br>PO BOX 547<br>AGUIRRE, PR 00704 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00936-5387 | NELSON CRUZ RODRIGUEZ<br>URB LAS MARGARITAS A-2<br>SALINAS, PR 00751 |
| ALEXIS A. BETANCOURT VINCENTY<br>LUGO MENDER GROUP, LLC<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968-8052 | DEPARTAMENTO DE RECURSOS NATURALES<br>SAN JOSE INDUSTRIAL PARK<br>1375 AVE PONCE DE LEON<br>SAN JUAN, PR 00926 | SAFES CONSORTIUM LLC<br>PO BOX 190085<br>SAN JUAN, PR 00919 |
| ADALBERTO TORRES SANTIAGO<br>PO BOX 518<br>LAS PIEDRAS, PR 00771 | EVELIZ CORA FELICIANO<br>URB CIUDAD UNIVERSITARIA CALLE 1 EE 3<br>GUAYAMA, PR 00784 | PR DEPARMENT OF LABOR<br>PO BOX 21361<br>SAN JUAN, PR 00928-1361 |
| ADRIAN J HILERA PSC<br>880 BOULEVARD TITO CASTRO<br>ONE PLAZA SUITE 102<br>PONCE, PR 00716 | HEIDY TORRES DIAZ<br>COMUNDIAD SAN MARTIN CALLE K# 96<br>ARROYO, PR 00714 | PR DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| AIDA L LUGO DIAZ<br>PO BOX 547<br>AGUIRRE, PR 00704 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | PR TOURISM CORPORATION<br>PO BOX 9023960<br>SAN JUAN, PR 00902-3960 |
| AIDA LUGO<br>PO BOX 518<br>LAS PIEDRAS, PR 00771 | JOSE LUIS MARTINEZ SARIEGO ESQ<br>880 BOULEVARD TITO CASTRO<br>ONE PLAZA SUITE 102<br>PONCE, PR 00716 | STATE INSURANCE FUND CORP<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| AIRAN L RODRIGUEZ LABOY<br>PO BOX 518<br>LAS PIEDRAS, PR 00771 | KATY SUAREZ HERNANDEZ<br>HC-01 4853 LAS MAREAS<br>SALINAS, PR 00751 | ZEDTHMARA GONZALEZ GONZAL<br>BARRIO LAS MARIAS CALLE 2 AFI<br>SALINAS, PR 00751 |
| AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | MODESTO RIVERA GUZMAN<br>PO BOX 547<br>AGUIRRE, PR 00704 | |
| CONDADO 2 LLC<br>1519 AVE PONCE DE LEON<br>SUITE 311<br>SAN JUAN, PR 00908 | MUNICIPALITY OF SALINAS<br>PO BOX 1149<br>SALINAS, PR 00751 | |

**United States Bankruptcy Court**
**District of Puerto Rico**

In re  E.R.G. Incorporado                                   Case No.
                    Debtor(s)                               Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __E.R.G. Incorporado__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 3, 2022
Date

Alexis A. Betancourt Vincenty 301304
Signature of Attorney or Litigant
Counsel for   E.R.G. Incorporado
Lugo Mender Group, LLC
100 Carr 165 Suite 501
Guaynabo, PR 00968-8052
(787) 707-0404

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re  E.R.G., INC.
                                        Debtor(s)

Case No. _____
Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,000.00 |
   | Prior to the filing of this statement I have received | $ 4,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
       Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 3, 2022
Date

/s/ Alexis A. Betancourt Vincenty 301304
Signature of Attorney
Lugo Mender Group, LLC
100 Carr 165 Suite 501
Guaynabo, PR 00968-8052
(787) 707-0404
Name of law firm